|  | AUSA: | Gjon Juncaj | Telephone: (313) 226-0209 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Christopher Reichmann | Telephone: (313) 771-6601 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Wilvin BATZ-BATZ

Case No. 25-mj-30281

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 22, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about April 22, 2025, in the Eastern District of Michigan, Southern Division, Wilvin Batz-Batz an alien from Guatemala was found in the United States after having been denied admission, excluded, deported, and removed there from on or about January 2, 2020, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher B. Reichmann, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __May 2, 2025__

*Judge's signature*

City and state: __Detroit, MI__

Elizabeth Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Christopher B. Reichmann, being duly sworn, depose and state the following under penalty of perjury:

1. I am a Deportation Officer with U.S. Immigration and Customs Enforcement (ICE), of the United States Department of Homeland Security. I have served with U.S. Immigration and Customs Enforcement since November of 2008. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed the official Immigration file and system automated data relating to Wilvin BATZ-BATZ, which attests to the following:

2. Wilvin BATZ-BATZ DOB: XX/XX/1991, A#XXX XXX 737 is a citizen and national of Guatemala, who last entered the United States on an unknown date, at an unknown place, without inspection by the United States Department of Homeland Security.

3. On December 19, 2019, BATZ-BATZ was arrested by United States Border Patrol (USBP) at or near El Paso, Texas after unlawfully entering the United States. He was served with an Expedited Removal on the same day.

4. On January 2, 2020, Immigration Customs Enforcement/Enforcement Removal Operations (ICE/ERO) removed BATZ-BATZ from El Paso, Texas, to Guatemala via ICE charter flight.

5. After his removal, BATZ-BATZ re-entered the United States without inspection or authorization. On July 12, 2020, USBP discovered and arrested BATZ-BATZ at or near Roma, Texas. BATZ-BATZ was removed to Mexico on the same day under Title 42.

6. On April 22, 2025, ICE/ERO arrested BATZ-BATZ in Pontiac, Michigan following an approved immigration enforcement field operation in Pontiac, Michigan. Officers observed an individual matching the description of BATZ-BATZ departing from a targeted address, enter a white van and depart. Officers conducted a vehicle stop of the van at Wayne and Huron Street in Pontiac. Officers identified themselves to the van occupant as Immigration Officers and positively identified BATZ-BATZ by his Guatemalan identification and verbal confirmation. Officers informed BATZ-BATZ he was under arrest and taken into custody. During processing, BATZ-BATZ stated he was residing in Pontiac, Michigan. He further claimed to be married and stated he has five children. He further claimed to officers his wife and children were currently residing in Guatemala.

7. BATZ-BATZ's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that Wilvin BATZ-BATZ (A#XXX XXX 737) is a citizen of Guatemala with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that BATZ-BATZ obtained the express consent of the Attorney General of the United States or the Security of Homeland Security to re-apply for admission to the United States following his removal from the United States on or about January 2, 2020. Officers served BATZ-BATZ with Form I-871 Notice of Intent/Decision to Reinstate Prior Order.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. Based on the above information, there is probable cause to conclude that Wilvin BATZ-BATZ, is an alien who was found in the United States after his removal, without the express permission of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

*Christopher Reichmann*, Deportation Officer
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Elizabeth A. Stafford*
Honorable Elizabeth A. Stafford
United States Magistrate Judge

Date: May 2, 2025

3